UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| MONA GILLIAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| v. ) | **CIVIL CASE** |
| ) | **CASE NO. 2:20-CV-16-D** |
| BERTIE COUNTY BOARD OF EDUCATION, ) | |
| and CATHERINE EDMONDS, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court and jury for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on July 9, 2020, the court GRANTED IN PART and DENIED IN PART defendants' motion to dismiss [D.E. 10]. The court DISMISSED the complaint against Dr. Catherine Edmonds in her "capacity as superintendent" as redundant. The Bertie County Board of Education is the sole defendant. The court also DISMISSED plaintiff's request for punitive damages against the Bertie County Board of Education. Otherwise, the court DENIED defendants' motion to dismiss. See [D.E. 14].

**IT IS FURTHER ORDERED, AND DECREED** that on March 21, 2022, the court GRANTED IN PART and DENIED IN PART defendant's motion for summary judgment [D.E. 31]. The court GRANTED summary judgment to defendant on plaintiff's ADEA claim and North Carolina Wage and Hour Act claim. Plaintiff's Title VII retaliation claim survived. See [D.E. 41].

**IT IS FURTHER ORDERED, AND DECREED** that the jury returned a verdict on December 13, 2022, that the defendant Bertie County Board of Education's decision on May 31, 2019, not to offer plaintiff Mona Gilliam a four-year administrator employment contract was not made in retaliation for plaintiff Mona Gilliam engaging in protected activity in 2017 and 2018 about a 2017 reduction in force. See [D.E.91]. Defendant may seek costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on December 14, 2022, and Copies To:**

| | |
|---|---|
| Shayla Christine Richberg | (via CM/ECF electronic notification) |
| Stephen G. Rawson | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| December 14, 2022 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |